**KOPELMAN & KOPELMAN LLP**
90 Main Street, Suite 205
Hackensack, New Jersey 07601
(201) 489-5500 Telephone
(201) 489-7755 Facsimile
Attorneys for SAE YIP SONG

| | |
|---|---|
| In re:<br><br>SAE YIP SONG a.k.a. RUTH SONG,<br><br>                     Debtor.<br>SAE YIP SONG,<br><br>                     Plaintiff,<br><br>    v.<br><br>EDUCAP, INC., NELNET and RUTGERS STATE UNIVERSITY,<br><br>                     Defendants. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>HON. VINCENT F. PAPALIA<br>CASE NO. 18-24615 (VFP)<br><br>CHAPTER 7<br><br>ADV. PRO. NO. 19-01183 (VFP)<br><br>**WITNESS AND EXHIBIT LIST of PLAINTIFF/DEBTOR** |

PLAINTIFF'S/DEBTOR'S WITNESS and EXHIBIT LIST

### WITNESS LIST

1. Sae Yip Song
   407 Highland Avenue, Apt. D3
   Palisades Park, NJ 07650

2. David Song
   407 Highland Avenue, Apt. D3
   Palisades Park, NJ 07650

3. Nela Hatami, MSW, Psychiatric Social Work
   County of Hudson, Dept. of HHS
   Meadowview Psychiatric Hospital
   595 County Avenue
   Seacaucus, NJ 07894

**EXHIBIT LIST**

1. bank statement from Chase for period ending 11/19/2015
2. bank statement from Chase for period ending 10/19/2015
3. credit report run on 7/17/2018
4. 2016 Federal and State Tax Return
5. 2015 Federal Tax Return
6. Asset Acceptance / Citibank creditor account notice dated 1/1/2014
7. Alpine / Washington Mutual Bank account notice dated 5/8/2014
8. Nations Recovery Center / LVNV Funding LLC / Bank of America account notice dated 1/31/2017
9. NCM / Citibank, N.A. account notice dated 3/10/2017
10. Emergency Physicians of Englewood PC account notice for services on 4/28/2017
11. NRC/LVNV Funding LLC / Citibank account notice dated 5/2/2017
12. Arrow Financial Services / FIA Card Services account notice dated 2/5/2013
13. Englewood Pathologists PA account notice statement date 7/8/15
14. Englewood Physicians of Englewood account notice dated 8/2/15
15. Care Plus NJ Statement dated 7/16/2015
16. Jason Estok, MD statement dated 6/28/2015
17. Debt collector communication from Celentano Stadtmauer & Walentowicz, LLP for Englewood Hospital & Medical Center dated November 24, 2015 for services 3/2/2015
18. Debt collector communication from Celentano Stadtmauer & Walentowicz, LLP for Englewood Hospital & Medical Center dated October 20, 2015 for services 3/4/2015
19. Request for payment from Englewood Hospital and Medical Center dated 7/30/15 for services on 3/4/2015
20. Request for payment from Englewood Hospital and Medical Center dated 9/17/15 for services on 3/2/2015 (A)
21. Request for payment from Englewood Hospital and Medical Center dated 9/17/15 for services on 3/2/2015 (B)
22. Certified Credit & Collection Bureau / Holy Name Medical Center dated 8/27/2013
23. Trans-Continental Credit & Collection Corp / Emergency Phys of Englewood PC for service 4/28/2017 dated 11/15/2017
24. Nelnet statement dated 01/31/2019
25. Voluntary bankruptcy petition with schedules attached
26. Correspondence from County of Hudson dated 918/18 to Plaintiff's attorney
27. Bergen New Bridge Medical Center Patient Discharge Instructions for admission on 8/21/2019;
28. Englewood Health bill for ambulance on 8/19/2019;
29. Service Statement from Dr. Tonel Leibu MD LLC for services on

          3/5/2019, 3/6/2019, 3/7/2019;
30. Statement from Emerg Phys Services of NJ PA for emergency dept visit on 3/5/2019;
31. Statement from Eric Malz Apn for services on 3/6/2019 and 3/7/2019;
32. Statement from Peace Health Partners, PC dated 6/18/2019;
33. Holy Name Medical Center statement for services on 3/5/2019;
34. Drs. Paltrowitz Schmidt Micale statement for services on 3/6/2019 and 3/7/2019
35. Copy of plaintiff's insurance card
36. Copies of paystubs from Wona Trading
37. Copy of document for unemployment
38. Any pleading filed in this matter